DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN SCROGGINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1934

[October 17, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case Nos. 562010CF002614, 562010CF002566, and 562010CF002541A.

Jonathan Scroggins, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***